No. 80–951.   INDEPENDENT FEDERATION OF FLIGHT AT-
TENDANTS *v.* TRANS WORLD AIRLINES, INC., ET AL., 455
U. S. 385.   Petition for rehearing denied.   JUSTICE STE-
VENS took no part in the consideration or decision of this
petition.

APRIL 23, 1982

No. A–889.   BINGAMAN ET AL. *v.* KING, GOVERNOR OF
NEW MEXICO, ET AL.   It is ordered that the order of the
United States District Court for the District of New Mexico,
in consolidated cases Nos. 82–67–M, 82–84–C, 82–180–C,
82–219–JB, and 82–246–JB, entered on April 13, 1982, be,
and the same is hereby, stayed to the extent that that order
applies to primary elections other than for state legislative
offices, pending the timely filing and disposition by this Court
of an appeal.   This order shall have no effect on the orders of
the United States District Court for the District of New Mex-
ico in the cases set forth above entered on April 5 and April 8,
1982, enjoining the primary filing deadline for New Mexico
state legislative election and adjudging the New Mexico
apportionment plan unconstitutional.

APRIL 26, 1982

No. 81–1310.   RAGNO *v.* FLORIDA.   Appeal from Dist. Ct.
App. Fla., 4th Dist., dismissed for want of jurisdiction.

No. 81–1426.   BUCHEIT *v.* LAUDENBERGER ET AL.   Ap-
peal from Sup. Ct. Pa. dismissed for want of substantial fed-
eral question.

No. 81–1609.   HELTON ET AL. *v.* CITY OF BURKBURNETT.
Appeal from Ct. Civ. App. Tex., 2d Sup. Jud. Dist., dis-
missed for want of substantial federal question.